UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RANDALL R. POWELL, | Case No. CV 15-8639-PSG(AJW) |
| Petitioner, | |
| v. | |
| W.L. MONTGOMERY, Warden, | JUDGMENT |
| Respondent. | |

It is hereby adjudged that this case is **dismissed without prejudice.**

Date: 01/11/16

_____
Philip S. Gutierrez
United States District Judge